UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICARDO BEZE PRATES, ROXANA M. SAADE DIAZ GRANADOS, FERNANDO DE ANDRADE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

WESTGATE RESORTS, LTD., a Florida limited partnership,

    Defendant.

Case No.: 6:16-CV-217-ORL-41-CEM

## JOINT NOTICE ADVISING THE COURT OF MEDIATION AND SETTLEMENT OF ACTION PURSUANT TO THE COURT'S ORDER DATED APRIL 25, 2017 [D.E. 43]

Pursuant to this Court's Order dated April 25, 2017 [D.E. 43], Plaintiffs Ricardo Beze Prates, Roxana M. Saade Diaz Granados, and Fernando de Andrade (together "Plaintiffs"), and Defendant Westgate Resorts, Ltd. ("Westgate") (together, the Plaintiffs and Westgate are the "Parties") file this Joint Notice advising the Court of the mediation held by the Parties and of the settlement of the action, and state the following:

1. The Parties held mediation in the offices of counsel for Westgate in Fort Lauderdale, Florida, on Friday, November 18, 2016. Since that date, the Parties continued to discuss settlement terms and as of Thursday, April 27, 2017, have resolved all issues in the litigation between all of the Parties.

2. At this time, the Parties are finalizing settlement agreements and the attendant documents necessary to memorialize the resolution of the action.

3. As the Plaintiffs all reside in Brazil, there will naturally be some delay in sending the original executed documentation from South America to their counsel in Largo, Florida, and

to counsel for Westgate in Fort Lauderdale, Florida.

4.   Accordingly, the Parties respectfully request that the action be held in abeyance for at least thirty (30) days, relieving the Parties of adhering to the deadlines in the litigation – including the Court's Order of April 24, 2017 [D.E. 42] directing Westgate to file a Reply in support of its Motion to Dismiss the Amended Complaint [D.E. 35] on or before May 8, 2017 – so that the Parties can concentrate their efforts on finalizing the settlement and removing this action from the Court's docket.

WHEREFORE, Plaintiffs Ricardo Beze Prates, Roxana M. Saade Diaz Granados, and Fernando de Andrade, and Defendant Westgate Resorts, Ltd., respectfully request that the Court hold this action in abeyance for thirty (30) days pending the Parties' finalizing the settlement documentation in this action.

DATED:  May 1, 2017

Respectfully submitted,

| | |
|---|---|
| /s/*J. Andrew Meyer* | /s/*Christina Guzman* |
| Michael D. Finn, Esq. | Richard W. Epstein, Esq. |
| Fla. Bar No. 89029 | Fla. Bar No. 229091 |
| J. Andrew Meyer, Esq. | Christina Guzman, Esq. |
| Fla. Bar No. 56766 | Florida Bar No. 68928 |
| Patrick A. Kennedy, Esq. | GREENSPOON MARDER, P.A. |
| Fla. Bar No. 97973 | 200 East Broward Blvd., Suite 1800 |
| Finn Law Group, P.A. | Fort Lauderdale, Florida 33301 |
| 10720 72nd Street, Suite 305 | 954.491.1120 (Telephone) |
| Largo, Florida 33777 | 954.343.6958 (Facsimile) |
| michaeldfinn@finnlawgroup.com | richard.epstein@gmlaw.com |
| ameyer@finnlawgroup.com | christina.guzman@gmlaw.com |
| patrick@finnlawgroup.com | |
| pleadings@finnlawgroup.com | |
| *Attorneys for Plaintiff Fernando De Andrade* | *Attorneys for Defendant Westgate Resorts, Ltd.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF which will serve copies to all counsel of record registered to receive CM/ECF notification, and that it was served upon any other counsel and parties in some other authorized manner.

/s/*Christina Guzman*
CHRISTINA GUZMAN